December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE MARTIN FASSI

NO. 14-11-00914-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this court holds that there was no error in the judgment. The court orders the judgment **AFFIRMED**.

We order that the appellant, **MARTIN FASSI**, pay all costs expended in this appeal.

We further order this decision certified below for observance.